UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANAE ROCQUE3L MOTLEY,

                Plaintiff,

-against-

JANAE ROCQUEL MOTLEY ESTATE, ET AL.,

                Defendants.

23-CV-10268 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the March 11, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 11, 2024
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge