UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANAE ROCQUEL MOTLEY,

                Plaintiff,

-against-

JANAE ROCQUEL MOTLEY ESTATE, et al.,

                Defendants.

23-CV-10268 (LTS)

AMENDED CIVIL JUDGMENT

For the reasons stated in the March 11, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 2, 2024
       New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge